

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2021

No. 04-20-00213-CV

**CITY OF SAN ANTONIO** and Erik Walsh, in his Official Capacity,
Appellant

v.

**SAN ANTONIO PARK POLICE OFFICERS ASSOCIATION**, Henry Bassuk and Rogelio Tamez,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-18334
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellants' Motion for Extension of time to File a Motion for Rehearing and Motion for Extension of Time to File a Motion for En Banc Reconsideration are hereby GRANTED. The appellants' motion for rehearing and motion for en banc reconsideration are due on or before August 13, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court